David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

# IN THE UNITED STATES DISCTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DONALD CONRAD,<br><br>           Plaintiff,<br><br>v.<br><br>AVANTEUSA, LTD.; and DOES 1-10, inclusive,<br><br>           Defendant. | Case No. 2:13-cv-00263-JAD-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

     Plaintiff DONALD CONRAD and AVANTEUSA, LTD. hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41(a)(2).  Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

   /s/ David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Ste 130
Henderson, NV 89123
*Attorney for Plaintiff*

   /s/ Gregory Kraemer, Esq.
Gregory Kraemer, Esq.
COOPER LEVENSON et al
6060 Elton Avenue, Ste A
Henderson, NV 89107
*Attorney for Defendant*

**IT IS SO ORDERED** this 31st day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE